UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| TIFFANY WOODARD | ) | Civil Action No: 1:16-cv-00602-LJO-MJS |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| VALLEY FIRST CREDIT UNION, DOES ONE through TEN, inclusive, | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference currently set for September 1, 2016 shall be continued until 11:00 AM, Wednesday, October 5, 2017.  The parties shall file a Joint Scheduling Conference Report at least one full week before the Conference.

IT IS SO ORDERED.

Dated:  August 23, 2016          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

- 1 -