UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| TIFFANY WOODARD, | ) | Civil Action No: 1:16-cv-00602-LJO-MJS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON STIPULATION OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| VALLEY FIRST CREDIT UNION, DOES ONE through TEN, inclusive, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the stipulation of the parties, and good cause appearing, it is therefore ordered as follows:

1. This action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own respective costs, expenses and attorney fees;
2. The Court shall retain jurisdiction over this matter to enforce the terms of the August 30, 2016 settlement agreement.

IT IS SO ORDERED.

Dated:   **September 19, 2016**          /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE